NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MILDRED E. WHITE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2011-7194

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2299, Judge Alan G. Lance, Sr.

## ON MOTION

## ORDER

Mildred E. White moves without opposition for a 60-day extension of time, until June 22, 2012, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 2 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq
     Tara K. Hogan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 7 2012

**JAN HORBALY**
**CLERK**